I agree with the majority that the State Department of Revenue must proceed in conformity with the Taxpayers' Bill of Rights, § 40-2A-1 et seq., and that the Department's claim fails to comply with the minimum procedures designed to ensure the due-process rights of taxpayers under the Act. The alleged underpayment of the severance tax has not been the subject of any investigation pursuant to the Act, nor have any of the producers been accorded their rights to an audit, an informal meeting, a detailed explanation of the Department's claims, a description of the amount due and the time period applicable, a preliminary assessment, a final assessment, an appeal to the administrative law judge or an appeal to the circuit court for a trial de novo from an assessment.
The Department's failure to follow the correct procedure bars this court from addressing the merits of the claim. Because this court does not have subject-matter jurisdiction in the absence of a justiciable controversy, I concur.
Monroe, J., concurs.